**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tight Lines Family Medicine, P.A. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Tight Lines Family Medicine P.A. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-4112366 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1902 Meeting Ct | 165 North Hills Drive |
| Number      Street | Number      Street |
| | P.O. Box |
| Wilmington      NC      28401 | Wilmington      NC      28411 |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New Hanover County | |
| County | Number      Street |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)   www.tightlinesfamilymedicine.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Tight Lines Family Medicine, P.A.**  Case number (if known) _____
_____Name_____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>6211 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.　District _____ When __/__/____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____ When __/__/____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.　Debtor _____ Relationship _____<br>　　　　　District _____ When __/__/____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known _____ |

Debtor  **Tight Lines Family Medicine, P.A.**                                    Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number          Street<br>_____<br>_____<br>City                                    State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page **3**

| Debtor | Tight Lines Family Medicine, P.A. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/05/2025
MM / DD / YYYY

✗ /s/ Max Brandon Ludlum
Signature of authorized representative of debtor

Max Brandon Ludlum
Printed name

Title: President

**18. Signature of attorney**

✗ /s/ JM Cook
Signature of attorney for debtor

Date: 06/05/2025
MM / DD / YYYY

JM Cook
Printed name

J.M. Cook, P.A.
Firm name

5886 Faringdon Place Suite 100
Number    Street

Raleigh
City

NC
State

27609
ZIP Code

919.675.2411
Contact phone

j.m.cook@jmcookesq.com
Email address

25352
Bar number

NC
State

**Fill in this information to identify the case:**

Debtor name: Tight Lines Family Medicine, P.A.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lighthouse Lab Services<br>1337 Hundred Oaks Dr.<br>Suite A<br>Charlotte, NC, 28217 | | Suppliers or Vendors | | | | 157,809.74 |
| 2 | Channel Partners Capital, LLC<br>600 Town Park Lane<br>555<br>Kennesaw, GA, 30144 | | LCMS Urine Confirmation for Urine Toxicology Lab | | | | 79,602.40 |
| 3 | Headway Capital, LLC<br>4700 W. Daybreak Pkwy.<br>Suite 200<br>South Jordan, UT, 84009 | | Line of Credit | | | | 77,793.88 |
| 4 | Pawnee Leasing Coorporation<br>3801 Automation Way<br>207<br>Fort Collins, CO, 80525 | | Suppliers or Vendors | | | | 65,352.09 |
| 5 | Centra Funding, LLC<br>1400 Preston Rd.<br>#115<br>Plano, TX, 75093 | | HPLC and Nitrogen Toxicology Lab Equipment | | | | 53,228.40 |
| 6 | AIMA Medical Billing<br>1990 Main St.<br>Sarasota , FL, 34236 | | Medical Billing Company | | | | 10,967.74 |
| 7 | Williams Electronic Billing Services<br>4917 Piedmont Pkwy<br>#103<br>Jamestown, NC, 27282 | | Medical Billing Company | | | | 7,500.00 |
| 8 | | | | | | | |

| Debtor | Tight Lines Family Medicine, P.A. | Case number (*if known*) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

AIMA Medical Billing
1990 Main St.
Sarasota , FL 34236

AmerisourceBergen Drug Corp
Attn: Managing Agent or Officer
1300 Morris Drive
Wayne, PA 19087

Amur Equipment Finance
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68801

ASD Specialty Healthcare, LLC
Attn: Managing Agent or Officer
5025 Plano Pkwy
Carrollton, TX 75010

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601-1888

C T Corp System, as Rep.
Attn: 20230108428A (NC)
Attn: SPRS, 330 N Brand Blvd, Ste 700
Glendale, CA 91203

C T Corp System, as Rep.
Attn: 20230109670A (NC)
Attn: SPRS, 330 N Brand Blvd, Ste 700
Glendale, CA 91203

Centra Funding, LLC
1400 Preston Rd.

Channel Partners Capital, LLC
600 Town Park Lane
555
Kennesaw, GA 30144

Corporation Service Company, as rep
Attn: 20230101696A (NC)
P.O. Box 2576
Springfield, IL 62708

CT Corp System, as Rep
Attn: 20230106957G (NC)
330 N Brand Blvd, Ste 700, Attn: Sprs
Glendale, CA 91203

Headway Capital, LLC
Suite 200
South Jordan, UT 84009

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lighthouse Lab Services
1337 Hundred Oaks Dr.
Suite A
Charlotte, NC 28217

McKesson Corporation
Attn: Managing Agent or Officer
6651 Gate Parkwa
Jacksonville, FL 32256

NC Dept. of Revenue
Office Services Division, Bankruptcy Uni
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Depart. of Commerce
Div of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

Pawnee Leasing Coorporation
3801 Automation Way
207
Fort Collins, CO 80525

Secretary of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Rd, Ste 900
Atlanta, GA 30326-1382

United States Attorney
150 Fayetteville St
Suite 2100
Ralegih, NC 27601-1461

United States Attorney General
U.S. Dept of Justice
9500 Pennsylvania Ave NW
Washington, DC 20530-0001

Williams Electronic Billing Services
4917 Piedmont Pkwy
Jamestown, NC 27282

United States Bankruptcy Court

Eastern District of North Carolir

In re: Tight Lines Family Medicine, P.A.

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/05/2025

/s/ Max Brandon Ludlum

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
Eastern District of North Carolina

In re Tight Lines Family Medicine, P.A.

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 2,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 300.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]

I have agreed to represent the Debtor(s) in this Chapter 11 proceeding and accept compensation as may be approved by this Court under the Bankruptcy Code and local rules. Compensation received pre-petition was for service rendered in anticipation of filing and not intended to compensate me for services to be rendered during the pendency of the Chapter 11. Post-petition compensation, and any unpaid pre-petition fees incurred in anticipation of filing, will be requested by the Court through the fee application process pursuant to Sections 330 and 331 and Local Rules of Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in litigation that may be conducted by others after seeking Court approval.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/05/2025

*Date*

/s/ JM Cook, 25352

*Signature of Attorney*

J.M. Cook, P.A.

*Name of law firm*

5886 Faringdon Place
Suite 100
Raleigh, NC 27609

**United States Bankruptcy Court**

**IN RE:**  Case No._____

Tight Lines Family Medicine, P.A.
_____  Chapter  __11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Max Brandon Ludlum<br>165 North Hills Drive,, Wilmington, NC 28411 | 100 | Common stockholder |