02324318005 Received: 08/24/2023

File Number: 20230106957G
Date Filed: 8/24/2023 10:00:00 AM
Elaine F. Marshall
NC Secretary of State

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

94634671
NCNC

File with: Secretary of State, NC

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Tight Lines Family Medicine P.A.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1902 Meeting Ct., | Wilmington | NC | 28401 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: C T CORPORATION SYSTEM, AS REPRESENTATIVE

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

This filing covers the following properties, assets and rights of Debtor, whether now owned or hereafter acquired (collectively the "Collateral"): (a) all personal property described below or on any exhibit attached hereto, which exhibit is incorporated by reference herein ("Specified Items"); (b) any and all additions, replacements, parts, or accessories to the Specified Items; (c) any rental, chattel paper, accounts, security deposits, relating to the Specified Items or the Agreement; and (d) all proceeds of any and all of the foregoing. In the event serial numbers, vehicle identification numbers or similar information is included below, on an exhibit attached hereto or otherwise in the description of Collateral, such information has been added by Secured Party to the best of its information in an effort to avoid confusion but is not intended to, and shall not, limit the above description of Collateral.

Collateral Equipment Exhibit attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
94634671



Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## EFA Schedule "A"

Contract #:

**EQUIPMENT**

| Quantity | Equipment Description | Serial # | Supplier Name and Contact |
|---|---|---|---|
| 1 | 1650319 5 Gallon Spill Proof Gas can 5 Gallon Spill Proof Gas can | | Lighthouse Lab Services |
| 1 | 1650320 Eye Wash Station Eye Wash Station | | 1337 Hundred Oaks Dr., Suite A |
| 1 | 1650321 3.5 Gallon Trash Can 3.5 Gallon Trash Can | | |
| 1 | 1650322 13 Gallon Trash Can 13 Gallon Trash Can | | Charlotte, NC 28217 844-914-0785 |
| 1 | 1650323 Wire Rack Shelf Wire Rack Shelf | | |

## Exhibit 1 to Finance Agreement Schedule "A" Contract #

**EQUIPMENT**

| Quantity | Equipment Description | Serial # | Supplier Name and Contact |
|---|---|---|---|
| 1 | 1650324 Adjustable Stool Adjustable Stool | | |
| 1 | 2090213 Universal Power Supply Xtreme P91-1500 (120V) Xtreme P91-1500 (120V) | | |
| 1 | 2090207 Universal Power Supply Xtreme Power Conversion P91g 3 kVA Xtreme Power Conversion P91g 3 kVA | | |
| 2 | 2090147 Traceable Fridge/Freezer Digital Thermometer with Calibration; 1 Bottle Probe Thermometer -5 | | |
| 1 | 1110102 Pipette Single Channel Variable 100-1000uL Pipette Single Channel Variable 100-1000uL | | |
| 1 | 2090225 Undercounter Flammable Storage Cabinet - 22 Gallon Undercounter Flammable Storage Cabinet- 2 | | |
| 1 | 2090211 External Hard Drive Desktop External Hard Drive Desktop | | |
| 1 | 2090210 Digital Tachometer, Noncontact Laser Photo Sensor Digital Tachometer, Noncontact Laser Photo | | |
| 1 | 2090163 Computer Computer | | |
| 1 | 1650318 Safety Glasses Safety Glasses | | |
| 1 | 2090131 Microplate Rotor Microplate Rotor | | |
| 1 | 2090146 Vortex Mixer Vortex Mixer Speed 0-3000RPM | | |
| 2 | 1110003 Pipette Single Channel Variable 10-100uL Pipette Single Channel Variable 10-100uL | | |
| 1 | 2090130 Z306 Centrifuge, 115V Z306 Centrifuge, 115V | | |
| 1 | 1130203 Pipette Multichannel 12 Variable 30-300uL Pipette Multichannel 12 Variable 30-300uL | | |
| 1 | 2090162 Zebra TLP 2824 Plus Printer Zebra TLP 2824 Plus Printer | | |
| 1 | 2090164 Chair Chair | | |
| 1 | 2090140 Freezer/Refrigerator Combo 18-Cu ft Top-Freezer Refrigerator (White) Frigidaire | | |
| 1 | 2090124 Shaking Incubator Shaking Incubator | | |
| 1 | 2090158 Bench 96x30 Bench 96x30 | | |
| 1 | 1650315 Commercial Ultrasonic Cleaner 6L Commercial Ultrasonic Cleaner 6L | | |
| 1 | 1650316 Traceable® RemoteTemperature Monitor Traceable® Remote Alarm Rh/Temperature Monitor | | |
| 1 | 1650317 Digital Scale Digital Scale | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |