**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:** **CASE NO. 25-02137-5-JNC**

**TIGHT LINES FAMILY MEDICINE, PA,** **Chapter 11**
**Debtor-in-Possession**

**APPLICATION FOR APPROVAL TO EMPLOY and COMPENSATE OFFICER**

**COMES NOW** Tight Lines Family Medicine, PA, Debtor-in-Possession in the above captioned case [hereinafter "Debtor"], and, pursuant to Local Rule 4002-1(d)( 1)(A) of the Local Bankruptcy Rules for the Eastern District of North Carolina hereby moves the Court for the authority to employ and compensate its officer. In support of this Application, the Debtor shows to the Court the following:

1. On 6 June 2025, the Debtors commenced this case by filing a petition under Chapter 11 of the United States Bankruptcy Code.

2. By this Motion, the Debtor seeks to employ and compensate Max Brandon Ludlum, president and shareholder of the Debtor.

3. Mr. Ludlum oversees all aspects of the Debtor's operations. He works full time in the business as the primary medical provider and as the primary decision maker, overseeing all the activities of the Debtor on a day to day basis. These duties include contracting, marketing and overall management. Mr. Ludlum works in excess of 40 hours per week. His continued services are integral to the Debtor's reorganization.

4. For their services, the Debtor requests the authority to pay a gross salary of $145,600.00 annually to Mr. Ludlum through bi-weekly payments of $5,600.00. Proposed compensation is to be received as a W-2 employee.

5. In addition to this compensation, the Debtor also provides fuel expenses for Mr. Ludlum to travel back and forth to work as well as medical insurance.

6. The fuel expenses are estimated to be $300 a week while the medical insurance is estimated to be $743.17.

7. The Debtor submits that this salary is objectively and subjectively reasonable based on the responsibilities and scope of the operation.

8. Upon information and belief, this salary is the sole means of income for Mr. Ludlum. Therefore, it would be difficult to proceed with the case if this compensation as prayed was not approved.

**WHEREFORE**, the Debtor respectfully requests the Court to enter an Order authorizing it to employ and to compensate these officers and shareholders as requested herein.

Respectfully submitted this 12th day of June 2025.

**J.M. Cook, P.A.**

By: */s/ J.M. Cook*

J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com

**CERTIFICATE OF SERVICE**

I, J.M. Cook, of 5886 Faringdon Place, Suite 100, Raleigh, North Carolina, 27609, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Application electronically upon the Bankruptcy Administrator, other counsel of record appearing on the docket and upon the following parties by mailing, postage prepaid, first class mail, addressed as follows:

Tight Lines Family Medicine, P.A.
Attn: Managing Agent or Officer
165 North Hills Drive
Wilmington, NC 28411

I certify under penalty of perjury that the foregoing is true and correct.

This the 12th day of June 2025.

**J.M. Cook, P.A.**

By: /s/ J.M. Cook

J.M. Cook
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
Tel: 919.675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com