# Tight Lines Family Medicine PA: Projected Operating Statement

6/21/2025-7/21/2025

| Budget Item | Income | Expense |
|---|---|---|
| Projected Operating Income | $10,000.00 | |
| Insider Loan | $25,000.00 | |
| Fuel (Will pay out of personal account) | | $0.00 |
| Payroll | | $4,200.00 |
| Officer Comp | | $9,000.00 |
| Payroll Taxes | | $5,000.00 |
| Rent | | $4,112.00 |
| Utilites | | $1,200.00 |
| Insurance - General Liability and Causalty (Paid in Full) | | $0.00 |
| Insurance - Workman's Comp (Paid in Full) | | $0.00 |
| Insurance - Employee Health | | $825.00 |
| Bank Fees | | $10.00 |
| Repairs | | $500.00 |
| Legal | | $0.00 |
| Accounting | | $500.00 |
| Management Software (Paid by AmEx Card) $300 | | $0.00 |
| Office Supplies | | $1,500.00 |
| Business American Express Credit Card | | $2,000.00 |
| Physician Supervision | | $950.00 |
| Computer Security/IT | | $1,100.00 |
| Copy Machine Lease | | $490.00 |
| HOA | | $524.00 |
| Student Loans | | $642.00 |
| Billing Company | | $1,500.00 |
| Business Cellular Service (Paid by AmEx Card) $450 | | $0.00 |
| Dragon Dictation (Paid by AmEx Card) $99 | | $0.00 |
| HR for Health (Human Resources/Time Keeping Software) (Paid by AmEx Card) $265 | | $0.00 |
| Up to Date (Online Medical Resource Subscription) (Paid by AmEx Card) $59 | | $0.00 |
| Culligan Water Delivery (Paid by AmEx Card) $14 | | $0.00 |
| Go Daddy (Website Server) (Paid by AmEx Card) $59 | | $0.00 |
| **Subtotals** | **$35,000.00** | **$34,053.00** |
| **Net Monthly Income** | **$947.00** | |