**SO ORDERED.**

**SIGNED this 7 day of July, 2025.**

Joseph N. Callaway
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:** **CASE NO. 25-02137-5-JNC**

**TIGHT LINES FAMILY MEDICINE, PA,** **Chapter 11**
**Debtor-in-Possession**

**CONSENT ORDER DISMISSING CASE**

**THIS MATTER,** comes before the Bankruptcy Court, on the Bankruptcy Administrator's Emergency Motion To Convert, or in the Alternative Dismiss Case Pursuant To 11 U.S.C. § 1112 ("Motion"). After reviewing the Motion, the Debtor and the Bankruptcy Administrator ("BA"), (collectively, the "Parties") agree that the Debtor's case should be dismissed conditioned on the following:

1. The Debtor filed the above-captioned case under Chapter 11 of the United States Bankruptcy Code on June 6, 2025.

2. On June 25, 2025, the BA filed the Motion. [D.E. 23]. Within the Motion, the BA claims that the Debtor failed to provide documents to the BA as required by Local Bankruptcy Rule 4002-1 and is grounds for dismissal under 11 U.S.C. § 1112(b)(4)(H), and that the Debtor is

administratively insolvent, which constitutes "cause" to dismiss pursuant to Section 1112(b)(4) even though it is not specifically enumerated under Section 1112(b)(4).

3. Based on developments arising post-petition with the Debtor's collection efforts, the Debtor does not dispute that the case is administratively insolvent and concedes that continuing to operate will result in a continuing loss to the estate with little chance of reaching a successful reorganization. Therefore, the Parties are in agreement that the case should be dismissed.

4. The Parties additionally agree that dismissal should be conditioned upon the Debtor's payment of quarterly fees for each quarter the Debtor has been in bankruptcy. Since the Debtor filed in June 2025 and the case continued into July 2025, the Debtor owes $500.00 total in quarterly fees, representing $250.00 for the second quarter of 2025, and $250.00 for the third quarter of 2025.

5. In an effort to resolve this matter, the Debtor has agreed to the terms of the BA. The Debtor will pay the total amount of $500.00 for quarterly fees for the second and third quarters of 2025 within ten days of the entry of this order.

**IT IS ORDERED, ADJUDGED AND DECREED,** by and through the consent of the below Parties, that the above-captioned Chapter 11 case is DISMISSED pursuant to 11 U.S.C. § 1112. However, the Court will retain jurisdiction of this matter until the following conditions are met:

1. The Debtor's quarterly fees in the total amount of $500.00 will be paid within ten days of the entry of this order.

2. In the event the quarterly fees are not paid within ten days of the entry of this order, the BA will file a notice of non-compliance and request that a hearing be set to determine the status of the payment.

WE CONSENT:

**BRIAN C. BEHR**
**Bankruptcy Administrator**

By: /s/ Kylie Beresford
Kylie Beresford
Staff Attorney
NCSB #60772
434 Fayetteville Street
Suite 640
Raleigh, NC 27601
Tel: 919.856.4886
Fax: 919.856.4692
Email: Kylie_Beresford@nceba.uscourts.gov

**J.M. COOK, P.A.**

By: /s/ J.M. Cook
J.M. Cook
NCSB # 25352
5886 Farringdon Place
Suite 100
Raleigh, NC 27609
Tel: (919) 675-2411
Email: J.M.Cook@jmcookesq.com

**END OF DOCUMENT**